IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAKOTA, MINNESOTA & EASTERN
RAILROAD CORPORATION,

    Plaintiff,

v.

WISCONSIN & SOUTHERN
RAILROAD CO.,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-516-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Wisconsin & Southern Railroad Co. granting its motion for summary judgment and dismissing this case.

_____     _____
Peter Oppeneer, Clerk of Court                  8/27/10
                                                                      Date